AO 91 (Rev. 11/11) Criminal Complaint

FILED
NOV - 2 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Jaleel Adonis Davis

*Defendant(s)*

Case No. EP-26-M-5538-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/29/2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2314 | Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At 1 : 13 PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Alexander Holley Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/02/2026

*Judge's signature*

City and state: El Paso, Texas

Robert Castaneda U.S. Magistrate Judge

*Printed name and title*

On October 30, 2026, at approximately 0200 hours, Homeland Security Investigations (HSI) Special Agents (SAs) Alexander Holley and Jose Bueno, along with El Paso Police Department (EPPD) Investigator Vince Villalobos, responded to the U.S. Customs and Border Protection (CBP), Paso Del Norte (PDN) Port of Entry (POE), in the Western District of Texas, regarding Jaleel DAVIS, who had been detained by CBP. DAVIS was under investigation for his involvement in transporting several stolen rental vehicles from Orlando International Airport to Mexico through POEs in El Paso, Texas. CBP advised that DAVIS entered the United States through the PDN POE pedestrian lanes and was in possession of approximately $7,000.00.

Pursuant to customs and border-search authority, SA Holley conducted a basic border search of DAVIS's cellular telephone. During the manual review, SA Holley observed messages between DAVIS and another conspirator using a Mexican telephone number. DAVIS and the Mexican conspirator communicated about payment for and delivery of a white Chevy Corvette.

In the messages, DAVIS informed the conspirator that he was "in a hot car," referring to the white Corvette. Investigators recognized the term "hot car" as slang for a stolen vehicle. SA Holley observed the Mexican conspirator sending DAVIS multiple Bitcoin payments for delivery of the vehicle. SA Holley also observed a message inviting DAVIS to Mexico to meet the "boss" and "all the armed guys from the 'four letters' [CJNG]." The message further stated, "Besides, you're a supplier for the CJNG." CJNG is the acronym for the Cartel Jalisco Nueva Generacion (CJNG) which is a transnational criminal organization (TCO) that operates in Mexico.

CBP queried border-crossing history and identified a 2022 white Chevrolet Corvette, bearing Florida license plate #DW33BG, that crossed southbound into Mexico through the Bridge of the Americas (BOTA) POE on October 29, 2026, at approximately 2217 hours. The vehicle's license plate matched that of the white Corvette referenced in DAVIS's messages.

Investigators conducted an audio-recorded interview of DAVIS. Before the interview, DAVIS was provided with the Miranda Warning, which he read and signed, indicating his willingness to speak with the investigators without the presence of an attorney.

DAVIS stated that he had just transported a white Chevy Corvette from Florida to El Paso, Texas, and then to Cd. Juárez, Chihuahua, Mexico, through an El Paso POE. DAVIS stated that the vehicle was a rental and that the Mexican conspirator was going to pay him $20,000.00 for it. DAVIS further stated that he knew the vehicle would not be returned to its owner. When questioned about the $7,000.00, DAVIS stated the money was his and was not payment for the vehicle. DAVIS was questioned about his gang affiliation, and he advised he was a member of the Gangster Disciples (GD). The GDs are a criminal street and prison gang that operate in various parts of the United States.

SA Holley showed DAVIS his cellular telephone, which DAVIS confirmed belonged to him. DAVIS also confirmed that he communicated with the Mexican conspirator through WhatsApp. SA Holley located messages between DAVIS and the Mexican conspirator indicating that DAVIS took the white Corvette to a shop to have the vehicle's tracker removed.

DAVIS stated that he also transported two rental vehicles, a white Toyota Tacoma and a black Jeep Wrangler, from Florida to a hotel in El Paso, Texas. DAVIS stated that he received a total of $4,000.00 for transporting both vehicles and knew the rental vehicles would not be returned to their owners.

SA Holley located a photograph of a white Hertz Toyota Tacoma bearing New Jersey license plate #S38WSN on DAVIS's phone. DAVIS confirmed that this was the rental vehicle which he transported from Florida to El Paso. Crossing history showed that the white 2026 Toyota Tacoma entered Mexico through the BOTA POE on October 19, 2026. The vehicle was reported stolen in NCIC.

SA Holley also located a photograph on DAVIS's phone of a black Jeep Wrangler bearing Georgia license plate #DFN1563. DAVIS confirmed that this was the other rental vehicle he drove from Florida to El Paso. Crossing history showed that the 2026 black Jeep Wrangler entered Mexico through the Stanton POE in El Paso, Texas on October 6, 2026. The vehicle was reported stolen in NCIC.

SA Holley contacted a Hertz representative, who advised that the 2026 black Jeep Wrangler was valued at $43,730 and the 2026 white Toyota Tacoma was valued at $36,770. The representative advised that Hertz wished to pursue prosecution for both vehicle thefts.

Agents confirmed that the white Chevrolet Covette was a rental vehicle from Florida. SA Holley contacted the Brevard County Sheriff's Office in Florida, which obtained a prosecution statement from the owner of the white Chevy Corvette. The vehicle was also entered into the National Crime Information Center (NCIC) as stolen. Investigators coordinated with Mexican authorities in Cd. Juárez, Chihuahua, Mexico, and recovered the 2022 white Corvette on October 30, 2026. The owner advised the value of the vehicle was approximately $60,000.00

This case was presented to Assistant U.S. Attorney (AUSA) John Johnston, who accepted prosecution of Jaleel DAVIS for violation of 18 U.S.C. § 2314, Interstate Transportation of Stolen Property.