FILED

NOV - 2 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

United States District Court
Western District of Texas
El Paso Division

United States of America,

Plaintiff,

v.

Jaleel Adonis DAVIS,

Defendant.

EP-26-M-5538-LFC

**United States' Motion to Detain Defendant Without Bond and Motion for Continuance**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged with a violation of Title 18, United States Code, Section 2314, *Interstate Transportation of Stolen Property*.

2. The Defendant has a prior criminal history.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________

ANDRES ORTEGA
Assistant U.S. Attorney
Texas Bar #24048700
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884